IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 04-20310-Ma

MAJOR GRUBBS,

    Defendant.

## ORDER

Before the court is the defendant's March 31, 2005, motion to continue hearing on the motion to disclose confidential informant and the motion to suppress evidence and statements which was set on April 1, 2005. For good cause shown, the motion is granted. The hearing is **reset** to **Friday, May 20, 2005 at 2:00 p.m.**

Trial of this matter is continued to the rotation docket beginning June 6, 2005, with a report date on Tuesday, May 31, 2005 at 2:00 p.m. The period from April 1, 2005, through June 17, 2005, is excluded under 18 U.S.C. § 3161(h)(1)(F) to allow for resolution of the pending motions.

It is so ORDERED this 1st day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20310 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT