IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

VS.  NO. 04-20310-Ma

MAJOR GRUBBS,

    Defendant.

---

ORDER CONDITIONALLY GRANTING
MOTION TO WAIVE APPEARANCE AT REPORT DATE

---

On April 22, 2005, counsel for defendant Major Grubbs filed a motion to waive the appearance of the defendant at the report date scheduled on April 21, 2005. For good cause shown, the motion is granted and the defendant may waive his personal appearance on the condition that his counsel file with the court a written waiver signed by the defendant. Counsel shall immediately file the required written waiver.

IT IS SO ORDERED this 18th day of May, 2005.

                                                   SAMUEL H. MAYS, JR.
                                                 UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20310 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT