IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 10 PM 4:06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                              NO. 04-20310-Ma

MAJOR GRUBBS,

    Defendant.

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

    Before the court is the June 8, 2005, motion by the government to reset the hearing on the motion to suppress which was set on June 9, 2005. Counsel for the defendant does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Thursday, July 28, 2005, at 2:00 p.m.**

    The trial of this matter is reset to September 6, 2005, at 9:30 a.m., with a report date on August 26, 2005, at 2:00 p.m. The period from June 17, 2005, through September 16, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) due the need for additional time to prepare.

    It is so ORDERED this ____ day of June, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CR-20310 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT